**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| EVOX PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EAST LANE GROUP INC. d/b/a THE PARTS KING<br><br>Defendant. | Case No. |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff EVOX Productions, LLC ("EVOX"), by and through its undersigned attorneys, alleges as follows:

## INTRODUCTION

1. Plaintiff EVOX brings this action to recover damages resulting from copyright infringements of photographic images by defendant East Lane Group Inc. d/b/a The Parts King ("The Parts King") and to enjoin future infringements of those copyrights by The Parts King. The Parts King has reproduced, displayed, and otherwise misused over fifty EVOX images without authorization.

## PARTIES

2. Plaintiff EVOX is a Delaware limited liability company with its principal place of business in Chino, California.

3. Defendant East Lane Group Inc. d/b/a The Parts King is a Florida corporation with its principal place of business in St. Petersburg, Florida.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action for the infringement of United States copyrights pursuant to 17 U.S.C. § 501 *et seq*. and 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over The Parts King because it is at home in this District and/or the exercise of personal jurisdiction over The Parts King does not offend traditional notions of fair play and substantial justice.

6. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §§ 1391(b), 1391(d), and 1400(a) because (i) the acts of infringement and other alleged wrongful conduct occurred in the District, (ii) The Parts King has sufficient connection with the District to make venue proper, and/or (iii) The Parts King resides or may be found in the District.

7. Intradistrict venue in the Tampa Division is appropriate under Local Rule 1.04(b) because the Tampa Division is most directly connected to this action and/or is the division in which this action is most conveniently advanced.

## FACTS

### *EVOX*

8. EVOX creates and licenses high-quality, photographic digital images and computer-generated digital images of substantially all automobile makes and models commonly sold in the United States since model year 2000. EVOX is the leading creator of automotive image libraries ("AIL") in the United States, and its images are widely recognized as the best in its field. EVOX licenses others to access

and use the copyrighted works in its AIL. EVOX closely controls the distribution, reproduction, display, and exhibition of its copyrighted works through licensing agreements. EVOX licenses its copyrighted works in packages, in other groupings, or on an individual "a la carte" basis.

9. EVOX owns the copyrights in many hundreds of thousands of unique photographic images distributed and displayed in digital form in its AIL, each with independent economic value, and has obtained Certificates of Copyright for these works. Each copyright registration includes multiple still images for the title automobile, including "Exterior Spins" and "Interior Panoramas" viewable through commonly available internet browsers with third-party software plug-ins such as Flash or QuickTime. The federally registered copyrights and titles of works that The Parts King has infringed by the acts complained of herein include, without limitation, the copyrights and titles listed on **Exhibit A** (the "Copyrighted Images").

10. EVOX possesses true and correct copies of Certificates of Copyright Registration for the Copyrighted Images at issue in this case.

11. EVOX has spent substantial time, money, and talent in connection with the production, development, and marketing of the Copyrighted Images.

***The Parts King's Wrongful Conduct***

12. The Parts King is a seller of automotive parts, including grilles, light assemblies, gaskets, air cleaners, differential covers, valve covers, pulley sets, and the like.

13. As of September of 2023, The Parts King caused at least 51 unique EVOX images to be displayed on its eBay storefront. All of these EVOX images are subject to federally registered copyrights. Representative screenshots of The Parts King's display of EVOX images on its eBay storefront are attached hereto as **Exhibit B**.

14. EVOX sent a cease and desist and demand letter to The Parts King on or about October 15, 2024. The Parts King took down from its eBay storefront some, but not all, of the unlicensed EVOX images it was using.

15. As of March of 2025—months after it received EVOX's letter—The Parts King continued to use at least 36 unlicensed EVOX images on its eBay storefront.

16. The federally registered EVOX copyrights displayed on The Parts King's eBay storefront are listed in Exhibit A. A certificate of registration has been issued with respect to each of those images.

17. The Parts King's unlawful and unauthorized reproduction, distribution, display, and use of the Copyrighted Images has irreparably harmed EVOX. EVOX is without an adequate remedy at law to redress such harm.

18. EVOX now brings this action to recover damages resulting from The Parts King's copyright infringements, and to enjoin future infringements of those copyrights by The Parts King.

**CLAIM**
**(Copyright Infringement, 17 U.S.C. § 501, *et seq.*)**

19. EVOX repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 18, inclusive.

20. EVOX is the sole owner of the images in its AIL and of all corresponding copyrights and Certificates of Registration.

21. The Parts King has infringed the copyrights in EVOX's images, including, but not limited to the copyrights listed in Exhibit A, by reproducing, distributing, and displaying the Copyright Images in the United States without approval or authorization from EVOX.

22. On information and belief, The Parts King's conduct has been willful within the meaning of the Copyright Act.

23. As a result of its wrongful conduct, The Parts King is liable to EVOX for copyright infringement. EVOX has suffered substantial losses from The Parts King's infringement. EVOX is entitled to recover damages, which include its losses and all profits The Parts King has made as a result of its wrongful conduct, pursuant to 17 U.S.C. § 504(b).

24. Alternatively, EVOX is entitled to statutory damages pursuant to 17 U.S.C. § 504(c). In addition, if the Court finds The Parts King's infringement has been willful within the meaning of the Copyright Act, the award of statutory damages should be enhanced pursuant to 17 U.S.C. § 504(c)(2).

25. EVOX is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. EVOX has no adequate remedy at law for The Parts King's wrongful conduct because, among other things, (a) EVOX's copyrights are unique and valuable property and (b) The Parts King's infringement harms EVOX's business reputation and goodwill such that EVOX could not be made whole by a monetary award alone.

26. EVOX is also entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff EVOX respectfully requests judgment as follows:

(1) That the Court enter judgment against The Parts King finding that it has willfully infringed EVOX's rights in the copyrights listed in Exhibit A;

(2) That the Court enter temporary and permanent injunctive relief, pursuant to 17 U.S.C. § 502(a), enjoining and restraining The Parts King, and any persons or entities controlled directly or indirectly by The Parts King, from engaging in the following conduct:

(a) reproducing, distributing, displaying, or making any other infringing uses of the images protected by the copyrights listed in Exhibit A;

(b) modifying, altering, or incorporating copyright-protected elements of the Copyrighted Images protected by the copyrights listed in Exhibit A in new works;

(c) making any infringing uses of images owned by EVOX;

(d) assisting, aiding, or abetting any other person or entity in engaging or performing any of the activities referred to in subparagraphs (a), (b) and (c) above;

(3) That the Court enter an order, pursuant to 17 U.S.C. § 503 and 28 U.S.C. § 1651(a), impounding all infringing Copyrighted Images, and any related items, including business records, that are in The Parts King's possession or under its control, and ordering the return, remedial destruction, or other appropriate disposition of all impounded items;

(4) That the Court enter an order, pursuant to 17 U.S.C. § 504(b), declaring that The Parts King holds in trust, as constructive trustee for the benefit of EVOX, all profits received by The Parts King from its infringing uses of the Copyrighted Images listed in Exhibit A, and requiring The Parts King to provide EVOX with a full and complete accounting of all profits received by The Parts King;

(5) That the Court order The Parts King to pay, at EVOX's election, actual or statutory damages to EVOX:

(a) actual damages suffered by EVOX as a result of The Parts King's infringements and all profits of The Parts King that are attributable to those infringements pursuant to 17 U.S.C. § 504(b); or

(b) statutory damages pursuant to 17 U.S.C. § 504(c);

(6) That the Court order The Parts King, pursuant to 17 U.S.C. § 505, to pay full costs, including reasonable attorneys' fees, incurred by EVOX in prosecuting this action;

(7) That the Court order pre- and post-judgment interest on the amount of any award to EVOX; and

(8) That the Court grant to EVOX such other and additional relief as is just and proper.

DATED this 20th day of February, 2026.

Respectfully submitted,

*/s/ Joshua R. Levenson*
**HOLLAND & KNIGHT LLP**
Joshua R. Levenson
Florida Bar No. 56208
Email: Joshua.Levenson@hklaw.com
515 East Las Olas Boulevard,
Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 468-7852
Facsimile: (954) 463-2030

and

Allison Mangan Powers
Florida Bar No. 1025549
allison.powers@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500
Facsimile: (813) 229-0134

**ARETE LAW GROUP PLLC**

Jeremy E. Roller
Washington State Bar No. 32021
*Pro Hac Vice Motion Forthcoming*
600 University Street, Suite 2420
Seattle, WA 98101
Telephone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for EVOX Productions, LLC*